**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ORLANDO GARCIA,**<br>    Plaintiff,<br>  v.<br>**C.N. KHOV, INC.,**<br>    Defendant. | Case No. 4:22-cv-00131-YGR<br><br>**ORDER DISMISSING CASE** |

On August 17, 2022, plaintiff conceded that the ADA claim for injunctive relief is moot. (Dkt. No. 32.) In light of the foregoing, the Court issued an order to show cause on the retention of the state claim. (Dkt. No. 33.) On August 22, 2022, plaintiff filed a response to the order to show cause conceding that declining to exercise supplemental jurisdiction over the remaining state claim is appropriate. (Dkt. No. 34.) Accordingly, the court declines supplemental jurisdiction over the state claim, and it is dismissed without prejudice to being refiled in state court.

This order resolves all claims. The Clerk is **DIRECTED** to terminate the case.

**IT IS SO ORDERED.**

Dated: August 22, 2022

            _____
            **YVONNE GONZALEZ ROGERS**
            **UNITED STATES DISTRICT JUDGE**